# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Tony L. Nelms, Sr.,

    Plaintiff,

    v.

Direct Express,

    Defendant.

Case No. 2:24-cv-3376

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

Magistrate Judge Jolson performed an initial screen of this case pursuant to 28 U.S.C. § 1915 and issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's pro se Complaint for lack of subject-matter jurisdiction. R&R, ECF No. 9. The R&R notified Plaintiff of his right to object to the recommendation and that failure to do so would forfeit both the right to de novo review and to appeal adoption of the R&R. *Id.* at 5.

The deadline to object has passed, and Plaintiff failed to object. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint for lack of subject-matter jurisdiction.

**IT IS SO ORDERED.**

                                          */s/ Michael H. Watson*
                                          **MICHAEL H. WATSON, JUDGE**
                                          **UNITED STATES DISTRICT COURT**